1  BRIAN S. KABATECK, SBN 152054
    (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
    (rlk@kbklawyers.com)
3  ALFREDO TORRIJOS, SBN 222458
    (at@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
5  644 South Figueroa Street
    Los Angeles, California 90017
6  Telephone: (213) 217-5000
7  Facsimile: (213) 217-5010

8  Attorneys for Plaintiffs
    and the Proposed Class
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  SHALENA DYSTHE, ERIC HALL, and      Case No.  CV09  08013  GHK (MANx)
    CHAUNTE WEISS, individually and on
14  behalf of others similarly situated,

15                                        
                    Plaintiffs,
16                                        CLASS ACTION COMPLAINT

17           vs.

18  BASIC RESEARCH, L.L.C., a Utah       JURY TRIAL DEMANDED
    limited liability company; THE CARTER-
19  REED COMPANY, LLC, a Utah limited
    liability company; DYNAKOR
20  PHARACAL, L.L.C., a Utah limited
    liability company; GENERAL
21  NUTRITION CORPORATION, dba GNC,
    a Pennsylvania corporation; CVS
22  CAREMARK CORPORATION, a
    Delaware corporation; WAL-MART
23  STORES, INC., a Delaware corporation;
    TARGET CORPORATION, a Minnesota
24  corporation; and DOE DEFENDANTS 1-
    10, Inclusive,
25

26                    Defendants.

27

28

- 1 -
CLASS ACTION COMPLAINT

## I.    INTRODUCTION

This lawsuit is intended to put an end to the false advertising regarding the efficacy of weight-loss products known as Relacare, Relacore Extra, and Relacore PM (collectively, "Relacore").    Defendants falsely advertise Relacore as "America's #1 Belly Fat Pill."    As a result of Defendants' misleading message, Carter-Reed has sold more than 12.7 million bottle of Relacore worldwide.

The "Manufacturing Defendants" (defined below) invent names for their products, including Relacore, that are confusingly similar to genuine pharmaceutical companies or products and then make wild (and completely false) claims about their effectiveness.    The "Retailer Defendants" (defined below) peddle the products despite knowing they are worthless because they are wildly profitable.

Plaintiffs bring this lawsuit to stop the Defendants from fleecing millions of Americans from millions of dollars and to recover the many millions of dollars that the class members are entitled to have refunded to them.

## II.    THE PARTIES

**A.    Plaintiffs.**

1.    Plaintiff Shalena Dysthe ("Plaintiff Dysthe") is a citizen of California who maintains her permanent residence in the Central District of California.

2.    Plaintiff Eric Hall ("Plaintiff Hall") is a citizen of California who maintains his permanent residence in the Central District of California.

3.    Plaintiff Chaunte Weiss ("Plaintiff Weiss") is a citizen of California who maintains her permanent residence in the Central District of California.

**B.**    **The "Manufacturing Defendant."**

4.    BASIC RESEARCH, L.L.C. (Basic Research) is a Utah limited liability company with its principal place of business in the state of Utah, and thus is a citizen only of the state of Utah. Basic Research does business in California. Basic Research promotes, markets, distributes and sells Relacore throughout the United States, including to thousands of consumers in California.

5.    THE CARTER-REED COMPANY, LLC ("Carter-Reed") is a Utah limited liability company with its principal place of business in the state of Utah, and thus is a citizen only of the state of Utah. Carter-Reed does business in California. Carter-Reed promotes, markets, distributes and sells Relacore throughout the United States, including to thousands of consumers in California.

6.    DYNAKOR PHARMACAL, L.L.C. (Dynakor) is a Utah limited liability company with its principal place of business in the state of Utah, and thus is a citizen only of the state of Utah. Dynakor does business in California. Dynakor promotes, markets, distributes and sells Relacore throughout the United States, including to thousands of consumers in California.

**C.**    **The "Retailer Defendants."**

7.    GENERAL NUTRITION CORPORATION, dba GNC ("GNC"), is incorporated in the State of Delaware and is headquartered in Pittsburgh, Pennsylvania. GNC is registered to do business in the state of California, and does business in California. GNC promotes, markets, and sells Relacore throughout the United States, including to thousands of consumers in California.

8.    CVS CAREMARK CORPORATION ("CVS") is a corporation organized and existing under the laws of the state of Delaware with its principal place of business in Rhode Island. CVS is registered to do business in the State of California, and does

business in California. CVS promotes, markets, and sells Relacore throughout the United States, including to thousands of consumers in California.

9.    WAL-MART STORES, INC. ("Wal-Mart") is a corporation organized and existing under the laws of the state of Delaware with its principal place of business in the State of Arkansas. Wal-Mart is registered to do business in the State of California, and does business in California. Wal-Mart promotes, markets, and sells Relacore throughout the United States, including to thousands of consumers in California.

10.    TARGET CORPORATION ("Target") is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minnesota. Target is registered to do business in the State of California, and does business in California. Target promotes, markets, and sells Relacore throughout the United States, including to thousands of consumers in California.

11.    Plaintiffs do not know the true names or capacities of the persons or entities sued herein as DOES 1 to 10, inclusive, and therefore sues such Defendants by such fictitious names. Plaintiffs will amend this complaint to set forth the true names and capacities of these Defendants when they have been ascertained.

## III.    JURISDICTION AND VENUE

12.    This Court has original jurisdiction pursuant to 28 U.S.C. Section 1332(d)(2). The matter in controversy exceeds $5,000,000, exclusive of interest and costs, and some members of the Class are residents of, or entities formed under, states other than California. Further, greater than two-thirds of the Class members reside in states other than the states in which Defendants are citizens

13.    This Court has personal jurisdiction over each Defendant, and venue is proper in this District, pursuant to 28 U.S.C. Section 1391, because, among other things, Defendants are authorized to conduct business in this District and have

18.    Plaintiff Hall purchased Relacore starting in July of 2009 and continuing through August of 2009 from GNC.  Plaintiff Cisneros purchased Relacore because he hoped to lose weight, and because he had seen Defendants' advertising and packaging claiming that Relacore (a) reduces stress-induced abdominal fat more than diet and exercise alone, and (b) reduces abdominal fat in persons who are dieting and exercising but are retaining abdominal fat because of the stress of dieting.  During the Class Period, Plaintiff Hall read, relied upon, and believed the packaging and marketing for Relacore and decided to purchase Relacore in reliance on the marketing claims. Because the Relacore advertising and labeling claims are untrue, false, and misleading, Plaintiff Hall suffered injury in fact and lost money as a result of the unfair competition alleged, including purchasing a product that is of little or no value.

19.    Plaintiff Weiss purchased Relacore in the summer of 2009 from Wal-Mart. Plaintiff Weiss purchased Relacore because she hoped to lose weight, and because she had seen Defendants' advertising and packaging claiming that Relacore (a) reduces stress-induced abdominal fat more than diet and exercise alone, and (b) reduces abdominal fat in persons who are dieting and exercising but are retaining abdominal fat because of the stress of dieting.  During the Class Period, Plaintiff Weiss read, relied upon, and believed the packaging and marketing for Relacore and decided to purchase Relacore in reliance on the marketing claims.  Because the Relacore advertising and labeling claims are untrue, false, and misleading, Plaintiff Weiss suffered injury in fact and lost money as a result of the unfair competition alleged, including purchasing a product that is of little or no value.

## V.    CLASS ACTION ALLEGATIONS

### A.    The Class.

20.    Plaintiffs brings this action against Defendants Basic Researc, Carter-Reed, Dynakor, Wal-Mart, Target, GNC and CVS on behalf of all residents of the United

CLASS ACTION COMPLAINT

24.    <u>Adequacy</u>: Each Plaintiff will fairly and adequately represent and protect the interests of the Class. Plaintiffs' counsel are experienced in handling complex class action litigation and are generally recognized as among the most successful class action litigators in the Country.

25.    <u>Superiority</u>: A class action is superior to other available methods for the fair and efficient adjudication of the present controversy. Individual joinder of all members of the class is impracticable. Even if individual class members had the resources to pursue individual litigation, it would be unduly burdensome to the courts in which the individual litigation would proceed. The class action device allows a single court to provide the benefits of unitary adjudication, judicial economy, and the fair and efficient handling of all class members' claims in a single forum. The conduct of this action as a class action conserves the resources of the parties and of the judicial system and protects the rights of the class members.

26.    <u>Notice</u>: Notice can be provided via Internet publication and at Defendants' retail locations, and paid for by Defendants.

27.    <u>Exclusions and Limitations</u>: Excluded from each class are governmental entities, Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries, and assigns, any judicial officer presiding over this matter, and the members of their immediate families and judicial staff. The classes also exclude any persons who purchased but did not use the product or who purchased the product for use by other persons.

/ / /

/ / /

/ / /

/ / /

# VI.    CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### VIOLATION OF CALIFORNIA CONSUMERS LEGAL REMEDIES ACT

**(By Plaintiffs and On Behalf of the Class as against Basic Research, Carter-Reed, Dynakor, GNC, CVS, Wal-Mart and Target)**

28.    As explained above Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of violation of the California Legal Remedies Act since Defendants are still misrepresenting the efficacy of the products.

29.    Defendants violated and continue to violate the Act by engaging in the following practices proscribed by California Civil Code §1770(a) in transactions with Plaintiffs and the Class which were intended to result in, and did result in, the sale of Relacore:

    (5)    Representing that [Relacore has] . . . characteristics, . . . uses [or] benefits . . . which they do not have . . . .

              *      *      *

    (7)    Representing that [Relacore is] of a particular standard, quality, or grade . . . if they are of another.

              *      *      *

    (9)    Advertising goods . . . with intent not to sell them as advertised.

              *      *      *

    (16)    Representing that the [Relacore has] been supplied in accordance with a previous representation when [it has] not.

30.    Defendants violated the Act by representing through their advertisements Relacore as described above when they knew, or should have known, that the representations and advertisements were unsubstantiated, false and misleading.

31.    Prior to filing this Complaint, Plaintiffs' counsel mailed to Defendants, by certified mail, return receipt requested, the written notices required by Civil Code Section 1782(a), regarding Relacore.

32.    Pursuant to section 1770 of the California Civil Code, Plaintiffs and the Class seek an order of this Court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiff and the Class.  Plaintiffs and the Class also seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Class.  Plaintiffs and the Class also seek damages, including punitive damages, since Defendants were put on notice of its violation of the California Legal Remedies Act and took no remedial actions.

## SECOND CAUSE OF ACTION

### UNJUST ENRICHMENT

**(By Plaintiffs and On Behalf of the Class as against Basic Research, Carter-Reed, Dynakor, GNC, CVS, Wal-Mart and Target)**

33.    Through the conduct described herein, Defendants have received money belonging to Plaintiffs and the Class.

34.    Defendants have reaped substantial profit by misrepresenting the efficacy of the products.  Ultimately, this has resulted in Defendants' wrongful receipt of profits and injury to Plaintiffs and the Class.  Defendants have benefited from the receipt of such money that they would not have received but for their misrepresentation and/or concealment.

35.    As a direct and proximate result of Defendants' misconduct as set forth herein, Defendants have been unjustly enriched.

CLASS ACTION COMPLAINT

36.     Under principles of equity and good conscience, Defendants should not be permitted to keep the money belonging to Plaintiffs and the Class that Defendants have unjustly received as a result of their actions.

### THIRD CAUSE OF ACTION

### FRAUD

**(By Plaintiffs and On Behalf of the Class as against Basic Research, Carter-Reed, Dynakor, GNC, CVS, Wal-Mart and Target)**

37.     The Defendants' representations regarding the efficacy of Relacore were false.

38.     As set forth in detail above, Defendants knew that the efficacy representations were false at the time they were made, yet continued to make them with the intent of deceiving Plaintiffs and the Class.

39.     Plaintiffs and the Class reasonably relied upon and believed Defendants' false efficacy representations in deciding to purchase and use the products.

40.     Plaintiffs and the Class have suffered actual damages by purchasing and using a worthless product, Relacore, based upon the Defendants false efficacy claims.

41.     Defendants made these false representations with the specific intent of injuring and defrauding plaintiffs and the classes, and did so with fraudulent intent and malice.  Therefore, Plaintiffs and the Class are also entitled to punitive damages against Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

## FOURTH CAUSE OF ACTION

### VIOLATIONS OF THE CALIFORNIA UNFAIR BUSINESS PRACTICES ACT

### §17200 et seq.

**(By Plaintiffs and On Behalf of the Class as against Basic Research, Carter-Reed, Dynakor, GNC, CVS, Wal-Mart and Target)**

42.    Plaintiffs and the Class have suffered injury in fact and have lost money as a result of Defendants' conduct.

43.    Defendants' false efficacy representations, labeling, and marketing constitute unfair and deceptive business practices because they are unfair, unlawful, and fraudulent, and because Defendants have made unfair, deceptive, untrue and misleading statements.

44.    Plaintiffs and the Class seek an order enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices.  Plaintiff and the Class also seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Class.

## FIFTH CAUSE OF ACTION

### BREACH OF WARRANTY

**(By Plaintiffs and On Behalf of the Class as against Basic Research, Carter-Reed, Dynakor, GNC, CVS, Wal-Mart and Target)**

45.    Defendants have made express affirmations of fact as set forth above. These affirmations are false.

46.    Plaintiffs and the Class relied on Defendants' false affirmation, as set forth herein.

47.    Defendants' false express affirmations have caused injury to Plaintiffs and the Class.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs and members of the Class request that the Court enter an order or judgment against Defendants as follows:

1.  Certification of the proposed Class and notice thereto to be paid by Defendants;

2.  Adjudge and decree that Defendants have engaged in the conduct alleged herein;

3.  For restitution and disgorgement on those causes of action where available;

4.  For an injunction on those causes of action where available;

5.  For compensatory and general damages on those causes of action where available;

6.  For exemplary/punitive damages on those causes of action where available;

7.  Interest at the maximum allowable rate on any amounts awarded;

8.  Reasonable attorneys' fees and costs as allowed by statute; and

9.  Any and all such other and further relief that this Court may deem proper.

DATED:  November 2, 2009      **KABATECK BROWN KELLNER LLP**

By _____

Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
*Counsel for Plaintiffs and the class*

1

## DEMAND FOR JURY TRIAL

2
3

     Pursuant to Federal Rule of Civil procedure Section 38(b), Plaintiffs and the Class demand a trial by jury on all issues so triable.

4
5

DATED:  November 2, 2009    **KABATECK BROWN KELLNER LLP**

6
7
8

By _____

    Brian S. Kabateck
    Richard L. Kellner
    Alfredo Torrijos
    *Counsel for Plaintiffs and the class*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLASS ACTION COMPLAINT

**EXHIBIT 1**







**EXHIBIT 2**

1    BRIAN S. KABATECK, SBN 152054
     (bsk@kbklawyers.com)
2    RICHARD L. KELLNER, SBN 171416
     (rlk@kbklawyers.com)
3    ALFREDO TORRIJOS, SBN 222458
     (at@kbklawyers.com)
4    KABATECK BROWN KELLNER LLP
     644 South Figueroa Street
5    Los Angeles, CA 90017
     Telephone: (213) 217-5000
6    Facsimile: (213) 217-5010

7    Attorneys for Plaintiffs
     and the Proposed Class

8

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALENA DYSTHE, ERIC HALL, and CHAUNTE WEISS, individually and on behalf of others similarly situated, | Case No. |
| | CLASS ACTION |
| Plaintiffs, | DECLARATION OF SHALENA DYSHTE RE VENUE |
| vs. | |
| BASIC RESEARCH, L.L.C., a Utah limited liability company; THE CARTER-REED COMPANY, LLC, a Utah limited liability company; DYNAKOR PHARACAL, L.L.C., a Utah limited liability company; GENERAL NUTRITION CORPORATION, dba GNC, a Pennsylvania corporation; CVS CAREMARK CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; and DOE DEFENDANTS 1-10, Inclusive, | Judge: Courtroom: |
| Defendants. | |

1    I, Shalena Dysthe, declare as follows:

2    1.    I am a Plaintiff in this action, and am a citizen of the State of California.  I have

3  personal knowledge of the facts herein and, if called as a witness, I could and would testify

4  competently thereto.

5

6    2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the

7  proper place for trial under Civil Code Section 1780(d) in that Los Angeles County is a county in

8  which Defendants are doing business.

9

10    I declare under penalty of perjury under the laws of the State of California that the foregoing is

11  true and correct, and that this Declaration was executed on November 5ᵗʰ 2009, at Riverside,

12  California.

13

14    _Shalena Dysthe_

15    Shalena Dysthe

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
DECLARATION OF SHALENA DYSTHE RE VENUE

BRIAN S. KABATECK, SBN 152054
 (bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
 (rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
 (at@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs
and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALENA DYSTHE, ERIC HALL, and CHAUNTE WEISS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BASIC RESEARCH, L.L.C., a Utah limited liability company; THE CARTER-REED COMPANY, LLC, a Utah limited liability company; DYNAKOR PHARACAL, L.L.C., a Utah limited liability company; GENERAL NUTRITION CORPORATION, dba GNC, a Pennsylvania corporation; CVS CAREMARK CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; and DOE DEFENDANTS 1-10, Inclusive,<br><br>Defendants. | Case No.<br><br>CLASS ACTION<br><br>DECLARATION OF ERIC HALL RE VENUE<br><br>Judge:<br>Courtroom: |

1    I, Eric Hall, declare as follows:

2        1.    I am a Plaintiff in this action, and am a citizen of the State of California.  I have

3    personal knowledge of the facts herein and, if called as a witness, I could and would testify

4    competently thereto.

5

6        2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the

7    proper place for trial under Civil Code Section 1780(d) in that Los Angeles County is a county in

8    which Defendants are doing business.

9

10        I declare under penalty of perjury under the laws of the State of California that the foregoing is

11    true and correct, and that this Declaration was executed on November 2, 2009, at Riverside,

12    California.

13

14                            _____

15                            Eric Hall

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERIC HALL RE VENUE

BRIAN S. KABATECK, SBN 152054
  (bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
  (rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
  (at@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs
and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALENA DYSTHE, ERIC HALL, and CHAUNTE WEISS, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BASIC RESEARCH, L.L.C., a Utah limited liability company; THE CARTER-REED COMPANY, LLC, a Utah limited liability company; DYNAKOR PHARACAL, L.L.C., a Utah limited liability company; GENERAL NUTRITION CORPORATION, dba GNC, a Pennsylvania corporation; CVS CAREMARK CORPORATION, a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; and DOE DEFENDANTS 1-10, Inclusive,<br><br>    Defendants. | Case No.<br><br>CLASS ACTION<br><br><u>DECLARATION OF CHAUNTE WEISS RE VENUE</u><br><br>Judge:<br>Courtroom: |

1    I, Chaunte Weiss, declare as follows:

2    1.    I am a Plaintiff in this action, and am a citizen of the State of California.  I have

3    personal knowledge of the facts herein and, if called as a witness, I could and would testify

4    competently thereto.

5

6    2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the

7    proper place for trial under Civil Code Section 1780(d) in that Los Angeles County is a county in

8    which Defendants are doing business.

9

10    I declare under penalty of perjury under the laws of the State of California that the foregoing is

11    true and correct, and that this Declaration was executed on November 1, 2009, at Corona, California.

12

13    _Chaunte Weiss_

14    Chaunte Weiss

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
DECLARATION OF CHAUNTE WEISS RE VENUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV09- 8013 GHK (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Richard L. Kellner, SBN 171416
Alfredo Torrijos, SBN 222458
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SHALENA DYSTHE, ERIC HALL, and CHAUNTE
WEISS, individually and on behalf of other similarly
situated,

                                         PLAINTIFF(S)

           v.

Basic Research, L.L.C.;
See attachment "A"

                                         DEFENDANT(S).

CASE NUMBER

**CV09  08013 GHK (MANx)**

**SUMMONS**

TO:     DEFENDANT(S): Basic Research, L.L.C.,  et al.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Alfredo Torrijos_____, whose address is _644 South Figueroa Street, LA, CA 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                           Clerk, U.S. District Court

Dated: _____NOV - 2 2009_____

                      By:   **CHRISTOPHER POWERS**_____

                                       Deputy Clerk

                                      *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Richard L. Kellner, SBN 171416
Alfredo Torrijos, SBN 222458
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALENA DYSTHE, ERIC HALL, and CHAUNTE WEISS, individually and on behalf of other similarly situated,<br><br>v.<br><br>PLAINTIFF(S) | CASE NUMBER<br><br>CV09 08013 GHK (MANx) |
| Basic Research, L.L.C.;<br>See attachment "A"<br><br><br>DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S): Basic Research, L.L.C., et al.

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Alfredo Torrijos_____, whose address is _644 South Figueroa Street, LA, CA 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____NOV - 2 2009_____

By: __CHRISTOPHER POWERS_____

Deputy Clerk   **SEAL**

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# Attachment A

BASIC RESEARCH, L.L.C., a Utah limited liability company; THE
CARTER-REED COMPANY, LLC, a Utah limited liability company;
DYNAKOR PHARACAL, L.L.C., a Utah limited liability company;
GENERAL NUTRITION CORPORATION, dba GNC, a Pennsylvania
corporation; CVS CAREMARK CORPORATION, a Delaware corporation;
WAL-MART STORES, INC., a Delaware corporation; TARGET
CORPORATION, a Minnesota corporation; and DOE DEFENDANTS 1-10,
Inclusive,

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Shalena Dysthe, Eric Hall and Chaunte Weiss

**DEFENDANTS**
Basic Research, L.L. C. a Utah limited liability company; et al.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017 Tel.: 213 217-5000 Fax: 213 217-5010

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
State Statutory and Common law causes of action

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV09 08013

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, Dysthe<br>Riverside County, Weiss<br>San Bernardino County, Hall | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Utah, Pennsylvania, Rhode Island, Delaware, Minnesota, Arkansas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, Dysthe<br>Riverside County, Weiss<br>San Bernardino County, Hall | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date November 2, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |