1  Richard J. Burdge, Jr. (SBN 89504)
   THE BURDGE LAW FIRM PC
2  Email: richard@richardburdgelaw.com
   500 South Grand Avenue, Suite 1500
3  Los Angeles, CA 90071
   Telephone: (213) 402-9590
4  Facsimile: (213) 452-1333

5  Michael L. Resch (SBN 202909)
   Andrea M. Weiss (SBN 252429)
6  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
7  Los Angeles, CA 90071
   Telephone: (213) 229-9500
8  Facsimile: (213) 625-0248
   Email: mresch@mayerbrown.com
9         aweiss@mayerbrown.com

10 Attorneys for DEFENDANTS BASIC RESEARCH,
   LLC and THE CARTER-REED COMPANY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALENA DYSTHE, ERIC HALL, KELLY FORTIN, and GENE CISNEROS, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>BASIC RESEARCH, L.L.C., a Utah limited liability company ; THE CARTER-REED COMPANY, LLC, a Utah limited liability company ; and DOE DEFENDANTS 1-10, Inclusive,<br><br>    Defendants. | Case No. CV 09-8013 AG (SSx)<br><br>Honorable Andrew J. Guilford<br><br>**JUDGMENT**<br><br>Complaint Filed: November 2, 2009<br>Discovery Cutoff: April 12, 2011<br>Pretrial Conf.: June 27, 2011<br>Trial Date: July 12, 2011 |

JUDGMENT

WHEREAS, the Court granted the motion for summary judgment of Defendants Basic Research, LLC and The Carter-Reed Company, LLC by Order of this Court dated June 14, 2011,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. JUDGMENT IS ENTERED in favor of Defendants Basic Research, LLC and The Carter-Reed Company, LLC and against Plaintiff Shalena Dysthe;
2. Plaintiff shall take nothing from Defendants Basic Research, LLC and The Carter-Reed Company, LLC by way of her Second Amended Class Action Complaint; and,
3. Defendants Basic Research, LLC and The Carter-Reed Company, LLC shall be entitled to recover from Plaintiff their costs of suit.

Dated: June 21, 2011

_____
The Honorable Andrew J. Guilford
United States District Judge